# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF NORTH CAROLINA
# STATESVILLE DIVISION
# COURT FILE NO: 5:11-cv-00187

| | |
|---|---|
| **TIMOTHY T. CLEMENTS**, <br><br> Plaintiff, <br> v. <br><br> **SIMM ASSOCIATES, INC.** <br><br> Defendant. | **NOTICE OF SETTLEMENT** |

**NOW COMES** Plaintiff, Timothy T. Clements, by and through counsel, Travis E. Collum, and hereby notifies the Court that a Settlement has been reached in this matter. Counsel for Plaintiff will file the appropriate Dismissal with the Court after final approval and execution of the settlement documents and receipt of final payment which counsel anticipates will take approximately 90 days.

This the 10th day of August, 2012

s/Travis E. Collum
N.C. Bar No. 29158
Attorney for Plaintiff
Collum & Perry, PLLC
Post Office Box 1739
Mooresville, NC 28115
Telephone: (704) 663-4187
Facsimile: (704) 663-4178
travis@collumperry.com

# CERTIFICATE OF SERVICE

I, Travis E. Collum, do hereby certify that the foregoing **NOTICE OF SETTLEMENT** in this action, was served electronically to:

>CarenD.Enloe
>Morris, Manning & Martin, LLP
>1000 Park Forty Plaza
>Suite 350
>Durham, NC 27713
>Direct: 919.433.2821
>Fax:    919.806.2057
>cenloe@mmmlaw.com
>*Attorney for Defendant*

This the 10th day of August, 2012.

>s/ Travis E. Collum
>NC Bar No. 29158
>Attorney for Plaintiff
>Collum & Perry, PLLC
>Post Office Box 1739
>Mooresville, NC 28115
>Telephone: 704-663-4187
>Facsimile:  704-663-4178
>travis@collumperry.com