UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
COURT FILE NO: 5:11-cv-00187

| | |
|---|---|
| **TIMOTHY T. CLEMENTS**, <br><br> Plaintiff, <br> v. <br><br> **SIMM ASSOCIATES, INC.** <br><br> Defendant. | **STIPULATION OF DISMISSAL WITH PREJUDICE** |

**IT IS HEREBY STIPULATED AND AGREED** to by the Plaintiff and his attorney, and the Defendant and its attorney, that the above-entitled action against Defendant, shall be and hereby is dismissed with prejudice and on the merits. All parties to bear their own costs, disbursements, and attorneys' fees.

Dated: December 11, 2012

s/ Travis E. Collum
NC Bar No. 29158
Attorney for Plaintiff
Collum & Perry, PLLC
Post Office Box 1739
Mooresville, NC 28115
Telephone: 704-663-4187
travis@collumperry.com

Dated: December 11, 2012

s/ Caren D. Enloe
Morris, Manning & Martin, LLP
NC Bar No. 17394
Post Office Box 12768
Research Triangle Park, NC 27709
Telephone: 919-806-2969
cenloe@mmmlaw.com

# CERTIFICATE OF SERVICE

I, Travis E. Collum, do hereby certify that the foregoing **STIPULATION OF DISMISSAL WITH PREJUDICE** in this action, was served electronically to:

> CarenD.Enloe
> Morris, Manning & Martin, LLP
> NC Bar No. 17394
> Post Office Box 12768
> Research Triangle Park, NC 27709
> Telephone: 919-806-2969
>
> cenloe@mmmlaw.com
>
> *Attorney for Defendant*

This the 11th day of December, 2012.

> s/ Travis E. Collum
> NC Bar No. 29158
> Attorney for Plaintiff
> Collum & Perry, PLLC
> Post Office Box 1739
> Mooresville, NC 28115
> Telephone: 704-663-4187
> Facsimile:  704-663-4178
> travis@collumperry.com